# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-CV-00830-RSL |
| Plaintiff, | (2:08-CR-0086-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| KARIMAH BAILEY, | |
| Defendant/Judgment Debtor, | |
| and | |
| MODERN MACHINERY COMPANY INC., | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Modern Machinery Company Inc. is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Karimah Bailey and Modern Machinery Company Inc.*, USDC#: 2:16-cv-00830-RSL/2:08-CR-0086) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 26th day of September, 2019.

*/s/ RWT S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Karimah Bailey and Modern Machinery Company Inc.*, USDC#: 2:16-cv-00830-RSL/2:08-CR-0086) - 2

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970